IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-32775-H1 |
| | § | |
| Eric Jerome Cheatham | § | |
| LaTonia Pheon-Latee Cheatham | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT

**NOTICE IS HEREBY GIVEN,** that on **03/01/2024** a Notice to Debtor, Trustee and Debtor's Counsel of Mortgage Payment Adjustment was filed.  No party in interest filed a motion seeking a stay of the proposed adjustment within the  21 day time period specified in the notice.  Therefore, pursuant to Paragraph 4 of the Chapter 13 plan, the Trustee has adjusted the Chapter 13 plan payment.

Effective with the **04/01/2024** plan payment, the Chapter 13 plan payment is increased by the sum of $182.00, for a total payment of $3,247.00. This increase is effective to all subsequent plan payments, unless otherwise ordered by the Court.  Failure of the Debtor to comply with this adjustment shall be grounds for dismissal of this case.

**The payment adjustments reflected in this notice shall be deemed the correct plan payment effective on the dates indicated and BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT unless a party in interest objects to the notice within 21 days from the date this notice is filed.**

RESPECTFULLY SUBMITTED,

/s/ David G. Peake

David G. Peake, Trustee
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400
(713)852-9084 Facsimile

**CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the foregoing Trustee's Notice of Adjustment to Plan Payment has been served electronically on all parties requesting electronic notice and has been served on the listed parties (if listed) by mailing a copy of same to the address listed below via first class mail April 05, 2024.

| | | |
|---|---|---|
| United States Trustee<br>515 Rusk Avenue<br>Suite 3516<br>Houston, TX 77002 | **Eric Jerome Cheatham**<br>**LaTonia Pheon-Latee**<br>**Cheatham**<br>19011 Broken Lance Lane<br>Cypress, TX 77433 | **KEELING LAW FIRM**<br>KENNETH A. KEELING<br>ATTORNEY<br>3310 KATY FREEWAY STE 200<br>HOUSTON, TX 77007 |

          /s/ David G. Peake
       David G. Peake, Trustee